# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DANIEL K. MAXWELL,**

      **Plaintiff,**

v.                                      Case No. 4:17cv353-MW/GRJ

**BRIAN A. HIGGINS,**

      **Defendant.**

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** pursuant to 28 U.S.C. § 1914(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted and pursuant to *Younger v. Harris*, 401 U.S. 37 (1971)." The Clerk shall close the file.

**SO ORDERED on September 29, 2017.**

                                                     **s/Mark E. Walker** \_\_\_\_
                                                     **United States District Judge**